Delos Griffin, Appellant, v. Mary K. Griffin and Charles D. Millard, Respondents.— Order affirmed, without costs. No opinion. Burr, Thomas, Carr and Woodward, JJ., concurred; Hirschberg, J., voted to affirm, with ten dollars costs and disbursements.

In the Matter of the Application of the City of New York, Appellant, etc., Relative to Acquiring Right and Title, etc., to Lands between Thirty-eighth and Thirty-ninth Streets, etc., for Ferry Purposes. Brooklyn Heights Railroad Company, Respondent. (Parcel No. 9.) — Order affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice Crane at Special Term. (Reported in 76 Misc. Rep. 358.) Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Jackson Brothers Realty Company, Respondent, v. R. Oliver Phillips, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Henry Jahss, Respondent, v. The C. S. Lambie Company, Appellant.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Thomas, Carr and Woodward, JJ., concurred; Burr, J., dissented.

Anna Norem Krestjansen, Appellant, v. Germania Savings Bank, Kings County, and George Thompson, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Sigmond H. Rosenblatt and Others, Appellants, v. James Phillips, Jr., Respondent, Impleaded with Walter G. Newman, Defendant. (Appeal No. 1.)— Appeal discontinued on consent, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Sigmond H. Rosenblatt and Others, Appellants, v. James Phillips, Jr., Respondent, Impleaded with Walter G. Newman, Defendant. (Appeal No. 2.)— Appeal discontinued on consent, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Annie E. Slauson, Appellant, v. Richmond Light and Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Woodward and Rich, JJ., concurred; Thomas and Carr, JJ., dissented.

William L. Sutphin, Appellant, v. John J. MacMulkin, Respondent.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Carr and Rich, JJ., concurred.

Walter W. Travis, as Trustee in Bankruptcy of the Estate of George S. Monfort, Bankrupt, Appellant, v. Mary J. Monfort and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that it appears that the examination of the defendants in the bankruptcy court did not cover all of the issues in this action. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

William Vogt, Appellant, v. Nassau Ferry Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

James Anderson, Respondent, v. McNulty Brothers, Appellant,